ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Rizzani de Eccher (USA), Inc. | ) ASBCA No. 61805 |
| | ) |
| Under Contract No. W912ER-11-C-0001 | ) |

APPEARANCE FOR THE APPELLANT: Jeffrey G. Gilmore, Esq.
　Akerman LLP
　Vienna, VA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
　Engineer Chief Trial Attorney
　Nancy L. Pell, Esq.
　Cara M. Mroczek, Esq.
　James D. Stephens, Esq.
　Engineer Trial Attorneys
　U.S. Army Engineer District, Middle East
　Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 5, 2019

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61805, Appeal of Rizzani de Eccher (USA), Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals